UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ALLEN MOODY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 04-99-B-W |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**RECOMMENDED DECISION ON MOTION TO DISMISS
OR FOR SUMMARY JUDGMENT**

Laura Hauser and CRA Programs, two defendants to this action by Allen Moody,

have filed a motion to dismiss the complaint as against them on the grounds that

Moody's complaint, alleging discrimination at the Maine State Prison, fails to allege that

they did anything wrong or discriminatory to Moody.  (Docket No. 29.) (They also

phrase their motion as being, in the alternative, one for summary judgment; however,

they do not provide a statement of material fact or any record support.)

The complaint alleges only:

These people took and terminated me from a program here which I
really intended to finish and wanted to do to better my life on the outside
on the outside[sic] they terminated this because of my medical condition
not being able to climb stairs and having no elvator [sic] access. these [sic]
people knew about my condition before even placing me in this program
and failed to accommodate [sic] me with handicap access due to my
medical condition

(Compl. ¶ IV).

On February 21, 2005, I entered a procedural order putting Moody 'on notice that

while his complaint suggests a disability discrimination claim, it is woefully lacking in

factual detail and could be subject to dismissal," and indicated that if he wished to amend his complaint to add more factual detail he should do so through a motion.  (Docket No. 21.)  Moody has now had the opportunity to respond to this motion to dismiss and he has failed to do so.

District of Maine Local Rule 7(b) provides: "Unless within twenty-one (21) days after the filing of a motion the opposing party files written objection thereto, incorporating a memorandum of law, the opposing party shall be deemed to have waived objection."  Dist. Me. Loc. R. 7(b). Given the fair warning provided Moody about the need to provide more factual detail, I conclude that Moody has waived objection to this motion to dismiss, see Pomerleau v. West Springfield Public Schools, 362 F.3d 143, 145 -46 (1st Cir. 2004), and  I now recommend that the Court **GRANT** the motion to dismiss.

<u>NOTICE</u>

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof.  A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

April 13, 2004.

/s/Margaret J. Kravchuk
U.S. Magistrate Judge