UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ALLEN MOODY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 04-99-B-W |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendant | ) | |

**RECOMMENDED DECISION**

On April 12, 2005, the court entered an order to show cause explaining that there had been no responsive pleading filed by one defendant, Penny Baily, and that Moody had not moved for entry of default or for default judgment. Pursuant to Local Rule 41.1(b), the court gave the parties until April 29, 2005, to explain why this action should not be dismissed as to Baily for lack of prosecution. Neither party has responded to this order. Accordingly, I now recommend that the Court **DISMISS** this action as against Penny Baily for want of prosecution.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof. A responsive memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

2

                                              /s/ Margaret J. Kravchuk
                                              U.S. Magistrate Judge

Dated: May 2, 2005