UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLEN MOODY,              )<br>                                       )<br>            Plaintiff,         )<br>                                       )<br>     v.                              )      Civil No. 04-99-B-W<br>                                       )<br>MAINE DEPARTMENT OF  )<br>CORRECTIONS, et al.,       )<br>                                       )<br>            Defendants.       ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 12, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint against the Maine Department of Corrections is hereby DISMISSED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2005