UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLEN MOODY,   )<br>  )<br>           Plaintiff,   )<br>  )<br>    v.   )<br>  )<br>MAINE DEPARTMENT OF   )<br>CORRECTIONS, et al.,   )<br>  )<br>           Defendants.   ) | Civil No. 04-99-B-W |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 13, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Laura Hauser and CRA Program's Motion to Dismiss (Docket No. 29) is hereby GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2005