UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLEN MOODY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendants. ) | Civil No. 04-99-B-W |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 2, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's action as against Defendant Penny Baily is DISMISSED for want of prosecution.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2005