UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLEN MOODY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 04-99-B-W |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants | ) |

**RECOMMENDED DECISION ON MOTION TO DISMISS**

Dr. Christopher Short, the sole remaining defendant in this action by Allen Moody, has filed a motion to dismiss the complaint as against him on the grounds that Moody's complaint, alleging discrimination at the Maine State Prison, fails to allege the essential elements of a claim under Title III of the ADA.. (Docket No. 39). The complaint alleges only:

> These people took and terminated me from a program here which I
> really intended to finish and wanted to do to better my life on the outside
> on the outside[sic] they terminated this because of my medical condition
> not being able to climb stairs and having no elvator [sic] access. these [sic] people
> knew about my condition before even placing me in this program
> and failed to accommodate [sic] me with handicap access due to my
> medical condition

(Compl. ¶ IV).

On February 21, 2005, I entered a procedural order putting Moody "on notice that while his complaint suggests a disability discrimination claim, it is woefully lacking in factual detail and could be subject to dismissal," and indicated that if he wished to amend his complaint to add more factual detail he should do so through a motion. (Docket No. 21.)

Moody has now had the opportunity to respond to this motion to dismiss and he has failed to do so, just as he failed to respond the earlier motion to dismiss filed by other defendants.  District of Maine Local Rule 7(b) provides: "Unless within twenty-one (21) days after the filing of a motion the opposing party files written objection thereto, incorporating a memorandum of law, the opposing party shall be deemed to have waived objection." Dist. Me. Loc. R. 7(b). Given the fair warning provided Moody about the need to provide more factual detail, I conclude that Moody has waived objection to this motion to dismiss, see <u>Pomerleau v. West Springfield Public Schools,</u> 362 F.3d 143, 145 - 46 (1st Cir. 2004), and I now recommend that the Court **GRANT** the motion to dismiss.

### NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

June 14, 2005

/s/Margaret J. Kravchuk
U.S. Magistrate Judge