UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALLEN MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 04-99-B-W |
| v. | ) | |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 14, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby <u>ORDERED</u> that Defendant Christopher Short's Motion to Dismiss be and hereby is <u>GRANTED</u>.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2005